IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK CAMPBELL
ADC # 144234                                                              PLAINTIFF

V.                    CASE NO. 4:10CV00032 GTE/BD

ARKANSAS STATE HOSPITAL, *et al.*                                         DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are DISMISSED with prejudice. In addition, the Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 22nd day of March, 2010.

    /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE